No. 94–1941. UNITED STATES v. VIRGINIA ET AL.; and

No. 94–2107. VIRGINIA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 16, 1995. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 15, 1995. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 3, 1996. This Court's Rule 29.2 does not apply. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

No. 95–5207. COOPER v. OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 16, 1995. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 15, 1995. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 3, 1996. This Court's Rule 29.2 does not apply.

No. 95–31. FAULKNER v. JONES, CHAIRMAN, BOARD OF VISITORS OF THE CITADEL, ET AL. C. A. 4th Cir. Motion of Nancy Mellette to add party or to intervene denied. Certiorari dismissed as moot.